**STATE of Missouri, Respondent,**

v.

**Stanley VANREED, Appellant.**

**No. WD 38678.**

Missouri Court of Appeals,
Western District.

Sept. 22, 1987.

George A. Wheeler, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Defendant Stanley Vanreed appeals from jury trial convictions of robbery in the first degree, § 569.020, R.S.Mo.1986, and armed criminal action, § 571.015, R.S.Mo.1986,

and sentence to ten- and three-year terms of imprisonment, to run consecutively.

Judgment affirmed. Rule 30.25(b).